Thomas L. Strickland (*pro hac vice forthcoming*)
thomas.strickland@wilmerhale.com
David W. Bowker (SBN 200516)
david.bowker@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363

Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Alix Pisani (SBN 312263)
alix.pisani@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Plaintiff Vanguard Logistics Services (USA) Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

VANGUARD LOGISTICS SERVICES (USA), INC.

Plaintiff,

v.

FRASER ROBINSON AND BEACON TECHNOLOGIES, LTD.

Defendants.

CASE No.: 2:20-cv-9880

**VANGUARD LOGISTICS SERVICES (USA), INC'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff states as follows: Vanguard Logistics Services (USA), Inc. is a wholly owned subsidiary owned by NACA Holdings Inc. No publicly held corporation owns 10% or more of the stock of Vanguard Logistics Services (USA), Inc.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Vanguard Logistics Services (USA), Inc., certifies that as of this date, the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Mohamed Younes Mansour, Loutfy Mohamed Mansour and Youssef Loutfy Mansour (the ultimate beneficial owners of Vanguard Logistics Services (USA), Inc.);
- The following Mansour companies: NACA Holdings Inc. (parent of Vanguard Logistics Services (USA), Inc.); NACA Bidco Inc.; OTS Midco Limited; OTS Topco Limited; MC (Cayman) LP; Man Capital LLP; and JiffyShip Cargo Technology Solutions Private Ltd.; and
- The named parties.

The undersigned is presently unaware of any other parties that must be disclosed pursuant to Rule 7.1 of the Federal Rules of Civil Procedure or Local Rule 7.1-1.

Dated: October 27, 2020

Respectfully Submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ *Christopher T. Casamassima*

Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Alix Pisani (SBN 312263)
alix.pisani@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

Thomas L. Strickland (*pro hac vice forthcoming*)
thomas.strickland@wilmerhale.com
David W. Bowker (SBN 200516)
david.bowker@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: +1 202 663 6000
Facsimile: +1 202 663 6363

*Attorneys for Plaintiff Vanguard Logistics Services (USA), Inc.*