FILED
CLERK, U.S. DISTRICT COURT
NOV 12 2020
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vanguard Logistics Services USA, Inc.<br><br>PLAINTIFF(S)<br><br>v.<br><br>Fraser Robinson et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:20-cv-09880-JAK-PVC<br><br>**RECEIPT FOR FOREIGN SERVICE FROM UNITED STATES POST OFFICE RE COMPLAINT** |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

WilmerHale

November 5, 2020

**David W. Bowker**

+1 202 663 6558 (t)
+1 202 663 6363 (f)
david.bowker@wilmerhale.com

**By FedEx**

Ms. Kiry K. Gray, Clerk of Court
United States District Court
Central District of California
350 W 1st Street
Suite 4311
Los Angeles, CA 90012-4565

Re: *Vanguard Logistics Services USA, Inc. v. Fraser Robinson et al.*
Case No. 2:20-cv-09880-JAK-PVC

Dear Ms. Kiry K. Gray:

Pursuant to FRCP 4(f) and 4(h), we request that the enclosed nine documents each be sent to the following for service in the above referenced case:

**Fraser Robinson**
37 Cyril Mansions
Prince of Wales Drive
London
SW11 4HP
United Kingdom

**Beacon Technologies Ltd**
**Attn: Fraser Robinson or another senior official**
42 Berkeley Square
London
W1J 5AW
United Kingdom

We respectfully request that the nine documents be sent to each defendant at each address in two ways. First, by United States Postal Service international express mail, return receipt requested; and second, by FedEx, with a signature required on delivery. We have included the necessary materials (prepaid envelopes and forms) to send the documents via each method. The documents are:

1. Complaint
2. Exhibit 1
3. Exhibit 2
4. Civil Cover

5. Corporate Disclosure
6. Case Assignment
7. ADR Notice
8. Summons
9. Civil Case Standing Order

We have included each set of documents in separate envelopes. If the court prefers a different process or a method we have not included, we will of course reimburse the court for all expenses. Please feel free to contact me with any questions or concerns. Thank you so much for your kind assistance with this important matter.

Sincerely,

*/s/ David W. Bowker*

David W. Bowker (SBN 200516)
david.bowker@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: +1 202 663 6000
Direct line: +1 202 663 6558
Facsimile: +1 202 663 6363

*Counsel for Vanguard Logistics Services USA, Inc.*

Enclosures:

Eight copies of each: Complaint, Exhibit 1, Exhibit 2, Civil Cover, Corporate Disclosure, Case, Assignment, ADR Notice, Summons, Civil Case Standing Order; Prepaid USPS International Mail Envelopes; and Prepaid FedEx Envelopes

United States Postal Service
**REGISTERED MAIL**

RB 875 779 255 US

Label 200, July 1999 (102595) 99-M-1904

Completed by the office of origin. (A remplir par le bureau d'origine.)

| | | | | | |
|---|---|---|---|---|---|
| Item Description (*Nature de l'envoi*) | ☑ Registered Article (*Envoi recommandé*) | ☐ Letter (*Lettre*) | ☐ Printed Matter (*Imprimé*) | ☐ Other (*Autre*) | ☐ Express Mail International |

☐ Insured Parcel (*Colis avec valeur déclarée*) | Insured Value (*Valeur déclarée*) Ø | Article Number RB 875 779 255 US

Office of Mailing (*Bureau de dépôt*) BEACON TECHNOLOGIES LTD. | Date of Posting (*Date de dépôt*)

Addressee Name or Firm (*Nom ou raison sociale du destinataire*) ATTN: FRASER ROBINSON OR ANOTHER SENIOR OFFICIAL

Street and No. (*Rue et No.*) 42 BERKELEY SQUARE

Place and Country (*Localité et pays*) LONDON, W1J 5AW UNITED KINGDOM

Completed at destination. (*A compléter à destination.*)

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(*Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).*

Postmark of the office of destination (*Timbre du bureau de destination*)

☐ The article mentioned above was duly delivered. (*L'envoi mentionné ci-dessus a été dûment livré.*) | Date

Signature of Addressee (*Signature du destinataire*) | Office of Destination Employee Signature (*Signature de l'agent du bureau du destination*)

PS Form **2865**, March 2007 *(Reverse)* PSN 7530-01-000-9775

Wilmer Cu
60 State Stre

**Attn: Fraser R**
**Another Senic**
**Beacon Technol**
**42 Berkeley**
**London, Unitec**

**Completed by the office of origin.** *(A remplir par le bureau d'origine.)*

| | | | | | |
|---|---|---|---|---|---|
| Item Description *(Nature de l'envoi)* | ☑ Registered Article *(Envoi recommandé)* | ☐ Letter *(Lettre)* | ☐ Printed Matter *(Imprimé)* | ☐ Other *(Autre)* | ☐ Express Mail International |
| ☐ Insured Parcel *(Colis avec valeur déclarée)* | Insured Value *(Valeur déclarée)* Ø | | Article Number RB 875 779 269 US | | |
| Office of Mailing *(Bureau de dépôt)* | | | Date of Posting *(Date de dépôt)* | | |

FRASER ROBINSON

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*

FLAT 37, CYRIL MANSIONS

Street and No. *(Rue et No.)*

PRINCE OF WALES DRIVE

Place and Country *(Localité et pays)*

LONDON, SW11 4HP, UNITED KINGDOM

**Completed at destination.** *(A compléter à destination.)*

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).*

Postmark of the office of destination *(Timbre du bureau de destination)*

☐ The article mentioned above was duly delivered. *(L'envoi mentionné ci-dessus a été dûment livré.)*

Date

Signature of Addressee *(Signature du destinataire)*

Office of Destination Employee Signature *(Signature de l'agent du bureau du destination)*

PS Form **2865,** March 2007 *(Reverse)* PSN 7530-01-000-9775

United States Postal Service

**REGISTERED MAIL**

RB 875 779 269 US

Label 200, July 1999 (102595) 99-M-1904

Wilmer
60 State S

Fraser R
Flat 37, Cyri
Prince of W
London, Unit

ORIGIN ID:EMTA (213) 894-1565
KIRY K GRAY - CLERK OF CLERK
UNITED STATES DISTRICT COURT
350 W. 1ST STREET
SUITE 4311
LOS ANGELES, CA 90012 US
SIGN: KIRY K GRAY - CLERK

TO FRASER ROBINSON

FLAT 37, CYRIL MANSIONS
PRINCE OF WALES DRIVE
LONDON LO SW11 4HP

000000000 REF: 0142825
INV:
PO: DEF

NTL PRIORITY
DSR
SW11 4HP
STN
LO-GB

Align bottom of Pe... Airbill or Pouch here.

Align top of FedEx ... Shipping Label here.

TO REUSE: Cover or mark through any previous shipping information.

Align bottom of Peel and Stick Airbill ... pouch here.

FedEx Sh

TRK# 7720 0441 7456

0430

INTL PRIOR

W1J 5A

S

LO-GB

X7 QQYA

ORIGIN ID:EMTA (213) 894-1565
KIRY K. GRAY - CLERK OF COURT
UNITED STATES DISTRICT COURT
350 W. 1ST STREET

LOS ANGELES, CA 90012 US
SIGN: KIRY K. GRAY - CLERK

SHIP DATE: 05NOV20
ACTWGT: 1.00 LB
CAD: 104429856/INET4280

BILL SENDER
NO EEI 30.37(a)

TO FRASER ROBINSON
BEACON TECHNOLOGIES LTD
42 BERKELEY SQUARE

LONDON LO W1J 5AW
000000000 REF: 0142826
INV:
PO: DEPT:

Fe

Manager - Print Your Label(s)

Align top of FedEx Express® Shipping Label here.

TO REUSE: Cover or mark through any previous shipping infor