Thomas L. Strickland (*appearing pro hac vice*)
thomas.strickland@wilmerhale.com
David W. Bowker (SBN 200516)
david.bowker@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Christopher T. Casamassima (SBN 211280)
chris.casamassima@wilmerhale.com
Alix Pisani (SBN 312263)
alix.pisani@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Plaintiff Vanguard Logistics Services (USA), Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

VANGUARD LOGISTICS SERVICES (USA), INC.

Plaintiff,

v.

FRASER ROBINSON AND BEACON TECHNOLOGIES, LTD.

Defendants.

Case No.: 2:20-cv-09880-JAK-PVC

**DECLARATION OF GRAHAM COUSINS IN SUPPORT OF PLAINTIFF VANGUARD LOGISTICS SERVICES (USA), INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Date: May 3, 2021

Courtroom: 10A

Judge: Hon. John. A. Kronstadt

I, Graham Cousins, declare as follows:

1. I am over eighteen years of age. I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would testify competently thereto. I submit this declaration in support of Vanguard's Opposition to Defendants' Motion to Dismiss.

2. I am the Chief Strategy Office for Vanguard Logistics Services, in Long Beach, and I live in Newport Beach, California.

3. Vanguard Logistics Services is ultimately owned by the Mansour family as part of The Mansour Group.

4. In the context of Vanguard's corporate structure, "OTS" refers to OTS Topco Limited, the holding company through which the Mansours own Vanguard.

5. Vanguard is the sole operational shipping and logistics business in The Mansour Group. Vanguard has a worldwide shipping and logistics business with employees, physical assets and infrastructure, and global operations.

6. The holding company OTS has no business, employees, or operations.

7. The names "OTS," "Vanguard," and "OTS/Vanguard" are often used interchangeably in communications relating to Vanguard.

8. The shared "OTS/Vanguard board" is sometimes referred to as the "OTS board" or the "Vanguard board."

9. Fraser Robinson served on the OTS/Vanguard Board and was the Chairperson of the Digital Steering Committee of the OTS/Vanguard Board from December 2017 through most of 2018. I served on that Board and Committee at the same time and dealt extensively with Robinson when he was doing this work for Vanguard.

10. "JiffyShip" (or "Jiffy") was the project name that OTS/Vanguard used to refer to the digital transformation of Vanguard's business.

11. The Mansour family established JiffyShip Cargo Technology Solutions Pvt. Ltd. (also known as "JiffyShip") to help develop the technology for the

JiffyShip project. Thus, the Jiffyship entity was formed for the benefit of Vanguard and OTS, and specifically for the purpose of Vanguard's digital strategy and digital transformation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed in Newport Beach, California, this 23rd day of February, 2021.

Graham Cousins